DANIEL G. BOGDEN
United States Attorney
NANCY J. KOPPE
Assistant United States Attorney
333 South Las Vegas Blvd., Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )  2:11-mj-725-VCF<br>) |
| vs. | )  **UNITED STATES' MOTION**<br>)  **TO DISMISS COMPLAINT** |
| WILLIAM CRIBBS, | )<br>) |
| Defendant. | ) |

    The United States of America, by and through Daniel G. Bogden, United States Attorney, and Nancy J. Koppe, Assistant United States Attorney, moves to dismiss the complaint in the above-named case, as the defendant passed away on November 5, 2011.

    **DATED** this 7th day of November, 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Nancy J. Koppe

NANCY J. KOPPE
Assistant United States Attorney

IT IS SO ORDERED.  Dated this 7th day of November, 2011.



United States Magistrate Judge